# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

SHAW, WILLIAM, S

PLAINTIFF

CASE# ~~2:2022cv00051~~ CIVIL

2:22CV793-SPC-KCD

WILLIAM S. SHAW

3595 CENTRAL AVE #202
FORT MYERS FL 33901
VSOPSCOTT1958@GMAIL.COM
239-994-6560

VS

THE LEE COUNTY SHERIFF DEPT ET AL

CO-DEPUTY KATHERINE STRANGE

CO-DEPUTY CINDY TORRES

1. MOTION TO REOPEN CASE # 2:2022cv00051 AS IT WAS DISMISSED WITHOUT PREJUDICE.

2. MOTION TO AMEND AND REMAND AS A MATTER OF COURSE PURSUANT TO FLORIDA RULE 1.190(A).

3. MOTION FOR CHANGE OF VENUE FOR REMOVAL FROM THE CIRCUIT/COUNTY COURT OF THE TWENTIETH JUDICIAL IN AND FOR LEE COUNTY FLORIDA TO THE UNITED STAES DISTRICT COURT OF THE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

MIDDLE DISTRICT OF FLORIDA.

### JURISDICTION AND VENUE

1. VENUE IS IN THIS DISTRICT BECAUSE ALL OF THE EVENTS GIVING RISE TO THESE COMPLAINTS OCCURRED IN LEE COUNTY WHICH IS IN THIS DISTRICT.

2. VENUE IS PROPER AS ALL THE COMPLAINTS ARE CONSTITUTIONAL LAW VIOLATIONS

3. THE EVENTS TOOK PLACE AT 9981 S. HEALTHPARK DR., HEALTHPARK MEDICAL CENTER LLC., ON JAN.17TH. 2020 ,FORT MYERS FLORIDA. 33908, WHICH IS IN LEE COUNTY, FLORIDA, WHICH IS IN THIS DISTRICT,

4. PLAINTIFF IS A RESIDENT OF LEE COUNTY, FLORIDA.

5. DEFENDANTS WORK IN FORT MYERS, LEE COUNTY, FLORIDA, WHERE THE COMPLAINTS TOOK PLACE, WHICH IS IN THIS DISTRICT.

### THIS IS AN ACTION FOR DAMAGES FOR VIOLATIONS

1. 42 U.S.C.1983. DEPRIVATION OF RIGHTS.

2. 18 U.S.C. 242, DEPRIVATION OF RIGHTS, UNDER COLOR OF LAW.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

3. 4TH AMENDMENT VIOLATION, ILLEGAL SEARCH AND SEIZURE.

4. 18 USC. 371 CONSPIRACY.

5. 25 CFR 11.404, FALSE IMPRISONMENT.

6. 18 US CODE 1621. PERJURY.

7. TITLE 18 SECTION, 641, THEFT, DESTRUCTION OF OFFICIAL GOVERNMENT DOCUMENTS.

**FACTS AND DEMAND FOR A JURY TRIAL**

PLAINTIFF, WILLIAM S. SHAW AN INDIVIDUAL, PRO SE LITIGANT, SUES THE LEE COUNTY SHERIFF DEPT. AND AS THEY EMPLOY DEPUTY KATHERINE STRANGE, AND DEPUTY CINDY TORRES. THEY ARE RESPONSEABLE FOR THE ACTIONS OF THEIR EMPLOYEES. THIS IS NOT A FRIVOLOUS LAW SUITE NOR MENT TO HARRASS THE DEFENDANTS. THIS IS NOT A SHOTGUN COMPLAINT AS EVERY ELEMENT REQUIRED FOR EVERY COMPLAINT CAN BE PROVEN, TO THE BEST OF MY KNOWLEDGE. CAUSES OF ACTION.

**COMPLAINTS**

1. KATHERINE STRANGE AND CINDY TORRES ILLEGALLY DETAINED ME

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ASSISTANCE, FOR ILLEGAL DETAINMENT, ASSAULT AND BATTERY INFLICTED BY THE SECURITY GUARDS. DEPUTY KATHERINE STRANGE WALKED RIGHT BY ME AS I WAS BEING ILLEGALLY DETAINED, ASSAULTED AND BATTERED, BUT CHOSE TO IGNORE ME. KATHERINE STRANGE WOULD NOT RETURN TO ME FOR APPROX 15 MINUTES. AS A RESULT OF HER VIOLATION OF DUTY, I WAS SUBJECTED TO 15 MORE MINUTES OF MENTAL ABUSE, ASSAULT AND BATTERY WITH PHYSICAL INJURIES AND THREATS BY SECURITY. DEPUTY CINDY TORRES IS COMPLACENT IN THE INTENTIONAL EMOTIONAL AND PHYSICAL ABUSE, AS SHE UNLAWFULLY SUPPORTED AND ASSISSTED WITH DEPUTY STRANGE UPON HER ARRIVAL. I SUFFER WITH BOTH MENTAL AND PHYSICAL INJURIES AS A RESULT OF THE DEPUTIES ACTIONS.

3. DEPUTY STRANGE AND CINDY TORRES ILLEGALLY REPEATEDLY DEMANDED FOR APPROX. 1 HOUR THAT I ALLOW THEM TO SEARCH ME FOR A IV IN MY ARM AND ALLOW THEM TO REMOVE IT. A ILLEGAL SEARCH AND SEIZURE ON MYSELF FOR A IV IS A VIOLATION OF MY RIGHTS. I HAD REPEATEDLY EXPLAINED THERE WAS NO LEGAL IV. IN MY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ARM. THEY CONTINOUSLYS DEMANDED A SEARCH OF MY BODY WHICH THEY DID, TO REMOVE MY DOCTOR ORDERED IV, OR PROVE I DID NOT HAVE ONE. I WAS ENTITLED TO FREEDOM WITHOUT A ILLEGAL SEARCH AND OR PROLONGED SEIZURE AS NO CRIME HAD BEEN COMMITTED.. I SUFFER WITH BOTH MENTAL AND PHYSICAL INJURIES AS A RESULT OF THE DEPUTIES ACTIONS.

5. KATHERINE STRANGE AND CINDY TORRES DID CONSTANTLY DETAIN ME WITH REPEATED DEMANDS, AND THREATS OF INTENT, TO ARREST T ME UNLESS I ALLOW THEM TO REMOVE, AND ATTEMPTED TO REMOVE MY DOCTOR ORDERED IV FROM MY ARM OR THEY WOULD NOT ALLOW ME TO LEAVE. THEY BOTH EVENTUALLY PLACED THEIR HANDS ON ME, REMOVING MY CLOTHING TO SEARCH AND ATTEMPT THE REMOVAL OF MY IV. I HAD EVERY RIGHT TO HAVE MY DOCTOR ORDERED IV, IN MY ARM AS I LEFT THE HOSPITAL. THERE IS NO LAW AGAINST A IV IN ONES ARM. I HAD REPEATEDLY EXPLAINED THERE WAS NO IV. IN MY ARM. HERETO COMPLAINT #14, "AS A RESULT OF THEIR, INTENTIONAL MALICIOUS, PROLONGED, ILLEGAL DETAINMENT, ASSAULT AND

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BATTERY, I SUFFER FROM MENTAL HEALTH INJURIES "PTSD" AND

"ANXIETIES". WITH PHYSICAL INJURIES REQUIRING MAJOR SURGERY AS

MY BACK WAS BROKEN DURING THE ARREST. I WAS IN THE HOSPITAL FOR

APPROX MONTHS. I AM CURRENTLY UNDER CONSTANT DOCTORS CARE

WITH PERMANENT INJURIES.

    6. PRIOR TO, AND, AFTER MY UNLAWFUL ARREST, I INFORMED

THE DEPUTIES THAT THEY HAD BROKEN MY BACK. WHEN I COULD NOT

WALK WITH PARALYSIS OF MY LEG, I WAS PLACED INTO A WHEEL CHAIR,

TAKEN TO AND PLACED INTO A POLICE, CAR AND TAKEN STRAIGHT TO

JAIL. I WAS MALICIOUSLY DENIED MEDICAL TREATMENT WITH

DELEBRATE INDIFFERENCE TO A SERIOUS MEDICAL CONDITION, TO A

DISABLED SENIOR, EVEN THOUGH I WAS OBVIOUSLY INJURED. I WAS AT

THAT TIME IN A HOSPITAL AND I WAS ENTITLED TO MEDICAL ASSISTANCE.

HAD I RECIEVED PROMPT MEDICAL ATTENTION, THE INJURY MAY NOT

HAVE BEEN AS SEVERE. AS A RESULT OF THEIR, INTENTIONAL

MALICIOUS, PROLONGED, ILLEGAL DETAINMENT, ASSAULT AND

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

BATTERY, AND DENIAL OF MEDICAL TREATMENT. I SUFFER FROM MENTAL HEALTH INJURIES "PTSD" AND "ANXIETIES". WITH PHYSICAL INJURIES REQUIRING MAJOR SURGERY AS MY BACK WAS BROKEN DURING THE FALSE ARREST. I WAS IN THE HOSPITAL FOR APPROX 8 MONTHS. I AM CURRENTLY UNDER CONSTANT DOCTORS CARE WITH PERMANENT INJURIES.

7. BOTH KATHERINE STRANGE AND CINDY TORRES DID KNOWINGLY, MALICIOUSLY, FALSELY ARREST ME WHEN I HAD NOT COMMITTED ANY CRIMES. THEY HAD NO REASON TO ARREST ME EXCEPT TO SEARCH ME FOR A LEGAL IV. THEY FABRICATED A FALSE CRIME TO ARREST ME TO ACOMPLISH THEIR GOALS. I HAD EVERY RIGHT TO BE FREE FROM THEIR UNLAWFUL ARREST. DURING MY UNLAWFUL DETAINMENT, AND SUBSEQUENT ARREST, MY BACK WAS BROKEN.. I SUFFER WITH BOTH MENTAL AND PHYSICAL INJURIES AS A RESULT OF THE DEPUTIES ACTIONS.

8. EXCESSIVE FORCE KATHERINE STRANGE AND CINDY TORRES DID USE EXCESSIVE FORCE DURING MY FALSE ARREST. THEY KNEW I WAS A SENIOR WITH DISABILITIES TO MY BACK AS THIS INFORMATION WAS

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ILLEGALLY RELEASED TO KATHERINE STRANGE AND DEPUTY CINDY TORRES BY THE HOSPITAL. I WAS OBLIVIOUSLY WEARING A BACK BRACE, YET THEY FORCE ABLY PUSHED MY HANDS TOGETHER SO THEY COULD ILLEGALLY HANDCUFF ME. MY BACK WAS BROKEN. THE ARREST WAS UNLAWFUL, THERE FORE ANY FORCE IS EXCESSIVE. AS A RESULT OF THEIR, INTENTIONAL MALICIOUS, PROLONGED, ILLEGAL DETAINMENT, ASSAULT AND BATTERY, I SUFFER FROM MENTAL HEALTH INJURIES "PTSD" AND "ANXIETIES". WITH PHYSICAL INJURIES REQUIRING MAJOR SURGERY AS MY BACK WAS BROKEN DURING THE FALSE ARREST. I WAS IN THE HOSPITAL FOR APPROX 8 MONTHS. I AM CURRENTLY UNDER CONSTANT DOCTORS CARE WITH PERMANENT INJURIES.

9. KATHERINE STRANGE AND CINDY TORRES DID UNLAWFULLY IMPRISON ME IN THE HOSPITAL FOR A PROLONGED PERIOD OF TIME, APPROX 1 HOUR, WHEN I HAD COMMITTED NO CRIMES. THEY DID THIS WITH THE ASSISTANCE OF 7 SECURITY GUARDS, AS THEY ENCIRCLED ME SO TIGHTLY, I COULD NOT MOVE. THEY THEN FALSELY IMPRISONED ME IN JAIL AS I HAD COMMITTED NO CRIMES I HAVE EVERY RIGHT TO BE FREE FROM FALSE IMPRISONMENT I SUFFER WITH BOTH MENTAL AND PHYSICAL INJURIES AS A RESULT OF THE DEPUTIES ACTIONS.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

10. KATHERINE STRANGE AND CINDY TORRES DID WITH MALICE INFLICT NEGLIGENT MENTAL ABUSE ON MYSELF FOR APPROX 1 HOUR, WITH CONSTANT DEMANDS THAT I ALLOW A ILLEGAL SEARCH AND REMOVAL OF A IV OR GO TO JAIL. I REFUSED THEIR REPEATED UMLAWFUL DEMANDS AND WAS ARRESTED. I WAS ASSAULTED AND BATTERED BY BOTH DEPUTIES WITH THE AID OF 7 SECURITY GUARDS AS BOTH THE DEPUTIES WERE COMPLACENT. DEPUTY STRANGE AND DEPUTY TORRES HELD ME IN THE PUBLIC LOBBY, HANDCUFFED FOR 25 MINUTES AFTER MY ARREST TO ACCESS MORE OF MY ILLEGALLY RELEASED PHI., CAUSING MORE MENTAL ABUSE. I SUFFER WITH BOTH MENTAL AND PHYSICAL INJURIES AS A RESULT OF THE DEPUTIES ACTIONS.

11. KATHERINE STRANGE AND CINDY TORRES DID UNLAWFULLY ARREST ME AND TAKE ME FROM THE HOSPITAL TO JAIL, WITHOUT MY CONSENT. THEY WERE FULLY AWARE THAT I HAD NOT COMMITTED ANY CRIMES AND HAD NO RIGHT TO TAKE ME FROM THE HOSPITAL TO JAIL. I HAD EVER RIGHT TO BE FREE FROM THEIR ILLEGAL KIDNAPPING. I SUFFER FROM MENTAL HEALTH INJURIES AND "ANXIETIES" AND PHYSICAL INJURIES, AS A RESULT OF THEIR ACTIONS I

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

REQUIRED APPROX 8 MONTHS IN THE HOSPITAL AND MAJOR SURGERY, AS MY BACK WAS BROKEN DURING ILLEGAL ARREST.

12. KATHERINE STRANGE AND CINDY TORRES DID ILLEGALLY CONSPIRE TO FABRICATE A CRIME WHICH THEY BOTH KNEW I WAS INNOCENT OF. THEY DID THIS TO FALSELY PER TEXTUALLY ARREST ME FOR "ABUSE OF 911". THEY DID THIS SO THEY COULD ILLEGALLY SEARCH ME WITH INTENT OF REMOVING MY IV. I AM INNOCENT OF THIS PER TEXTUAL ARREST AND DID NOT DESERVE THEIR ILLEGAL CONSPIRACY TO FALSELY ARREST ME. . I SUFFER WITH BOTH MENTAL AND PHYSICAL INJURIES AS A RESULT OF THE DEPUTIES ACTIONS.

13. PERJURY. KATHERINE STRANGE DID INTENTIONALLY GIVE A FALSE SWORN STATEMENT IN HER ARREST REPORT, STATING SHE WAS RESPONDING TO A PATIENT ELOPING THE HOSPITAL WITH A IV IN HIS ARM. KATHERINE STRANGE WAS IN FACT, ACCORDING TO THE CAD REPORT WAS RESPONDING TO MY CALL FOR ASSISTANCE WHICH WAS FOR UNLAWFUL DETAINMENT, ASSAULT AND BATTERY BY THE SECURITY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

GUARDS. THIS FALSE REPORT IN HER SWORN ARREST DOCUMENT DID FACILITATE MY ILLEGAL, PROLONGED DETAINMENT AND ARREST. THIS LIE WAS TO INTENTIONALLY PLACE ME AS THE SUSPECT WITH OBVIOUS FAVORITISM TOWARD THE HOSPITAL SECURITY GUARDS. THERE WAS NO MENTION OF MY CALL FOR ASSISTANCE. IN FACT NO ONE FROM THE HOSPITAL CALLED FOR ANY ASSISTANCE, EXCEPT MYSELF AS DEPUTY KATHERINE STRANGE CLAIMS, IN HER SWORN ARREST STATEMENT..

14. THEFT, DESTRUCTION OF OFFICIAL GOVERNMENT DOCUMENTS. KATHERINE STRANGE DID INTENTIONALLY STEAL OR DESTROY AND ALTER THE ORIGINAL TRESPASS WARNING FROM OFFICIAL RECORDS AS IT IS NO LONGER EXISTS .
SHE THEN REPLACED IT WITH ANOTHER ILLEGAL TRESPASS. AS A RESULT, OF THESE UNLAWFUL TRESPASSES, BY KATHERINE STRANGE, I WAS PREVENTED FROM RECEIVING EMERGENCY

12

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CARE AT THE CLOSEST HOSPITAL TO MY RESIDENCE FOR 1 YEAR.

    1). THIS DEPT AND, DEPUTIES ARE NOT ENTITLED TO QUALIFIED IMMUNITY'S AS THESE VIOLATIONS ARE ALL WELL ESTABLISHED, CONSTITUTIONAL LAWS VIOLATIONS.

    2). AS A RESULT OF THE FOREGOING, PLAINTIFF HAS SUFFERED DAMAGES WHEEFORE, PLAINTIFF DEMANDS RELIEF AS FOLLOWS.

    a. ) A JURY TRIAL ON ALL ISSUES SO TRIABLE

    b). THAT JURISDICTION OVER THE CASE PROCESS ISSUE AND THAT THIS COURT TAKE JURISDICTION OVER THIS CASE AGAINST THE LEE COUNTY SHERIFF DEPT ET AL.

I AM REQUESTING RELIEF IN DAMAGES OF, $1,000,000.

I AM REQUESTING RELIEF IN PUNITIVE DAMAGES OF $1,000,000

I AM REQUESTING RELIEF IN FUTURE DAMAGES OF $25,000

I AM REQUESTING RELIEF FOR ALL COSTS AND ATTORNEYS FEES INCURRED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

14

DATE

PRINTED SIGNATURE, WILLIAM S. SHAW

SIGNATURE PLAINTIFF

LEE COUNTY SHERIFF DEPT

15650 PINE RIDGE RD.

FORT MYERS FL 33908

239-477-1830

ATTORNEY ROBERT SHERMAN

715 MONROE STREET,

FORT MYERS FL

PO BOX 280 33902

PHONE 230-344-1100

14